UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80334-CIV-ZLOCH

RENEE BETTIS,

    Plaintiff,

v.

TOYS "R" US,

    Defendant.
_____/

Case No. 08-60565-CIV-ZLOCH

SONYA GOSSARD,

    Plaintiff,

v.

JP MORGAN CHASE & CO.,

    Defendant.
_____/

Case No. 06-20418-CIV-ZLOCH

RAMON SABATIER,

    Plaintiff,

v.

SUNTRUST BANK,

    Defendant.
_____/

Case No. 09-60259-CIV-ZLOCH

LAISNER PAUL,

    Plaintiff,

v.

D & B TILE OF HIALEAH, INC.,

    Defendant.
_____/

**ORDER**

This matter is before the Court *sua sponte*. In reviewing Government Exhibit ("GX") 6 from the June 24, 2009, evidentiary hearing, the Court noticed that page 2 of the exhibit, which shows the trail of how the District's case assignment computer program designated *Bettis* to Judge Zloch, identifies a "priority" of 1 for each of the judges sitting in West Palm Beach and Fort Lauderdale who were eligible to have received the assignment. Because the case originated in West Palm Beach, the Court understands why under the One Division Rule the judges sitting in West Palm Beach received a priority of 1. What is less clear to the Court, however, is why the judges sitting in Fort Lauderdale also received a priority of 1. Consequently, the Court directs the Clerk's Office to file by **5:00 p.m., Tuesday, July 7, 2009,** a notice explaining why the judges sitting in both Fort Lauderdale and West Palm Beach were all assigned a priority of 1, when the case originated in West Palm Beach.

**DONE AND ORDERED** this 5th day of July, 2009.

                                                                                                    /s/ Robin S. Rosenbaum
                                                                                                    ROBIN S. ROSENBAUM
                                                                                                    UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William J. Zloch
         Counsel of Record
         Steven M. Larimore, Esq., Court Administrator • Clerk of Court